## 5991.  GAILLIARD *et al.* v. THE STATE.

RUSSELL, C. J.  1. The evidence was sufficient to authorize the verdict finding the defendants guilty of robbery by force, as charged in the first count of the indictment; and this being true, the mere fact that the indictment contained also a count charging robbery by sudden snatching afforded no obstacle to the court's imposing a single sentence upon the count which was sustained by evidence.  The rule announced in *Driver* v. *State*, 112 *Ga.* 229 (37 S. E. 400), and in *Douglas* v. *Town of Kestler*, 14 *Ga. App.* 612 (81 S. E. 306), has no application in this case, for the verdict finding the defendants guilty of "robbery by force" is not a general verdict.

2. Under the ruling of this court in *McCullough* v. *State*, 10 *Ga. App.* 403 (73 S. E. 546), a trial judge may charge the jury in a criminal case that they may believe the statement of the accused in preference to the evidence "provided they believe it to be true."

> *Judgment affirmed. Broyles, J., not presiding.*
> DECIDED APRIL 13, 1915.

Indictment for robbery; from Chatham superior court—Judge Charlton.  August 31, 1914.

*Robert L. Colding, David S. Atkinson,* for plaintiffs in error.
*Walter C. Hartridge, solicitor-general,* contra.

---

## 6116.  LOFTIN v. THE STATE.

RUSSELL, C. J.  The Court of Appeals can not consider a bill of exceptions which contains merely a recital of the history of the case and specifies the parts of the record to be transmitted, but which does not set forth any complaint as to any ruling of the lower court or assign error thereon.  Under such circumstances the judgment must be presumed to have been correct.  *Judgment affirmed.*

> DECIDED APRIL 13, 1915.

Accusation of larceny from house; from city court of Carrollton —Judge Beall.  November 7, 1914.

*Hood & Strickland,* for plaintiff in error.
*C. E. Roop, solicitor,* contra.